UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STAR KNESE,

      Plaintiff,

v.                                          Case No. 21-CV-990

AMAZON.COM SERVICES, LLC,

      Defendant.

---

## SCHEDULING ORDER

On December 7, 2021, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Kimberly D. Sweatt. Appearing on behalf of defendant was Attorney Sofija Anderson.

**IT IS HEREBY ORDERED,**

1. The parties shall make their initial disclosures to the opposing party in accordance with Fed. R. Civ. P. 26(a) no later than **December 17, 2021**.

2. The parties may join other parties and amend the pleadings without leave of court no later than **December 23, 2021**.

3. All fact discovery is to be completed by **August 26, 2022**. Pursuant to Civil Local Rule 26(c), depositions to preserve fact testimony for trial, so-called "trial

depositions," are to be completed by this date. Boilerplate objections to fact discovery requests are not to be used. In the event a responding party has an objection to a particular fact discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

4. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than **October 21, 2022**.

5. **EXPERT WITNESSES and EXPERT DISCOVERY**

    a. If dispositive motions are filed:

        i. Plaintiff's expert disclosures are due 30 days after the Court's dispositive motion decision if the case is not fully resolved;

        ii. Defendant's expert disclosures are due 60 days thereafter;

        iii. Expert discovery is to be completed 30 days after the Court's decision on dispositive motions, if the decision on the motions does not dispose of the case. Pursuant to Civil Local Rule 26(c), depositions to preserve expert testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to expert discovery requests are not to be used. In the

event a responding party has an objection to a particular expert discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

    iv. If dispositive motions do not dispose of the case, a telephonic conference will be set out 30 days from completion of expert discovery to set the case for trial.

b. If no dispositive motions are filed:

    i. Plaintiff's expert disclosures are due by **November 30, 2022;**

    ii. Defendant's expert disclosures are due by **January 31, 2023;**

    iii. All expert discovery is to be completed by **February 28, 2023**. Pursuant to Civil Local Rule 26(c), depositions to preserve expert testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to expert discovery requests are not to be used. In the event a responding party has an objection to a particular expert discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection;

      iv. Another telephonic conference will be set in early March 2023 to set the case for trial.

6. Any request for court action must be filed as a motion. A joint request should be filed as a joint motion. Aside from a stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii), the court will not take any action on stipulations.

Dated at Milwaukee, Wisconsin this 8th day of December, 2021.

_WILLIAM E. DUFFIN_
WILLIAM E. DUFFIN
U.S. Magistrate Judge