UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STAR KNESE,

    Plaintiff,

v.

                                      Case No. 21-CV-990

AMAZON.COM SERVICES, LLC,

    Defendant.

## STIPULATED NOTICE OF DISMISSAL

    Plaintiff, STAR KNESE and Defendant AMAZON.COM SERVICES, LLC, by its attorneys, Littler Mendelson, P.C., herby submit this stipulated notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice. The ground for the dismissal is that Plaintiff no longer wishes to pursue this matter due to the stress associated with litigation. As such, the parties have agreed to dismiss this case with prejudice. Each party shall bear its/her own costs and attorney's fees.

Dated this 23rd day of August, 2022.

_/s/ Star Knese_
Star Knese
1714 Madison Road
Kenosha, WI 53140

**Plaintiff**

_/s/ Sofija Anderson_
One of Its Attorneys
Sofija Anderson (SBN 1041498)
Matthew Kurlinski (SBN 1069651)
**LITTLER MENDELSON, P.C.**
111 East Kilbourn Avenue, Suite 1000
Milwaukee, Wisconsin 53202
Telephone: 414.291.5536
Facsimile: 414.291.5526
Email: sanderson@littler.com
Email: mkurlinski@littler.com

**Attorneys for AMAZON.COM SERVICES, LLC**

4882-9291-3967.1 / 090069-1574